TODD DAVID MEHL
Reg. No. 67035-065
P. O. Box 7001
Taft, CA  93268



FILED
AUG 2 2 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD DAVID MEHL, <br><br> Petitioner, <br><br> v. <br><br> JEFF WRIGLEY, WARDEN, TAFT CI AND FEDERAL BUREAU OF PRISONS, <br><br> Defendants. | Case No. 1:06-CV-1108 AWI SMS-H.C. <br><br> PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. §2241 |

TO: JEFF WRIGLEY, WARDEN, TAFT CI, Defendant

TO: FEDERAL BUREAU OF PRISONS, Defendant

AND TO:  McGREGOR W. SCOTT, United States Attorney

Petitioner, TODD DAVID MEHL, seeks relief from the execution of his sentence pursuant to 28 U.S.C. §2241 on the grounds that he is in the custody of the Federal Bureau of Prisons (hereinafter "BOP"), at Taft CI, Taft, California, under circumstances in which BOP by regulation refuses to assess him under 18 U.S.C. §3621(b) to determine if he is eligible for six (6) months of pre-release placement at a Community Corrections Center (hereinafter "CCC"). Said refusal is in violation of Federal law. 18 U.S.C. §3621(b). Due to the unlawful execution of Petitioner's

sentence, Petitioner asks this Court to order BOP to immediately assess him as required by 18 U.S.C. §3621(b) and, in good faith, to determine whether the Petitioner should be transferred to a CCC for the last six months of his sentence. This petition is based upon the following.

## 1. CUSTODY

Petitioner is in the custody of the BOP serving a __27__ month sentence at Taft CI, Taft, California with a projected release date of __DECEMBER 13, 2007__.

## 2. BASIS FOR CUSTODY

Petitioner is in BOP custody pursuant to conviction(s) for which he received a sentence of __27__ months imprisonment imposed by the Court on __NOVEMBER 30, 2005__.

## 3. EXECUTION OF SENTENCE IN VIOLTION OF FEDERAL LAW

Petitioner is in BOP custody in violation of Federal law. By federal regulation, BOP does not grant more than 10% of an overall term of imprisonment to be served in a CCC even though Federal law allows BOP to designate inmates to CCC facilities for a period of up to six (6) months, 28 C.F.R. §570.21. Due to BOP regulation, Petitioner has received just __70__ days placement in a CCC even though an assessment under 18 U.S.C. §3621(b) would allow up to six (6) months placement. Contrary to Congressional intent, BOP refuses to complete such assessment. See Attachment "A".

## 4. SUBJECT MATTER JURISDICTION

This Court has jurisdiction pursuant to 28 U.S.C. §2241. See, **Brandon v. 30th Judicial Circuit Court**, 410 U.S. 484, 495 (1973)

(subject matter jurisdiction present when federal court has jurisdiction over the custodian).

## 5. ARGUMENT

BOP policy is at odds with its authority under Federal law giving BOP discretion to grant up to six (6) months in a CCC for any Federal inmate sentenced by a Federal District Court. The policy strips BOP of any discretion. By way of further argument, Petitioner asks the Court to review the following District and Circuit Court decisions. **Matthew D. Horn v. Ellis and BOP**, 06-CV-0006 (E. Dist. of Cal. 2006), Honorable Oliver W. Wagner; **Faults v. Sanders**, 05-3490 (8th Cir.2006); **Woodall v. BOP**, 05-3657 (3rd Cir. 2005); **United States v. Paige**, 369 F.Supp.2d 1257 (D. Mont. 2005); **Pimentel v. Gonzales**, 367 F.Supp.2d 365 (E.D.N.Y. 2005).

## 6. PRAYER FOR RELIEF

Petitioner asks that this Court order BOP to immediately in good faith, assess Petitioner, _Todd David Mehl_ based upon the criteria in 18 U.S.C.§3621(b), without reference to BOP policy promulgated in December 2002 and without reference to 28 C.F.R.§570.21 to determine Petitioner's duration of placement in a pre-release CCC.

Dated: _August 15, 2006_.

Respectfully submitted,

_Todd David Mehl_
Petitioner, *Pro Se*

CERTIFICATE OF SERVICE

I, DAVID MEHL, certify that I am over the age of 18 years. I further certify that service of the foregoing Petition for Writ of Habeas Corpus has been made this day by placing a copy thereof in the United States Mail, postage prepaid, addressed to:

>Jeff Wrigley, Warden
>Taft Correctional Institute
>1500 Cadet Road
>Taft, CA  93268
>
>McGregor W. Scott
>United States Attorney
>4401 Federal Courthouse
>2500 Tulare Street
>Fresno, CA  93721

Executed this 17TH day of AUGUST, 2006

_____
DAVID H. MEHL
Petitioner, *Pro Se*