# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD DAVID MEHL, ) | 1:06-CV-01108 AWI SMS HC |
| ) | |
| Petitioner, ) | |
| ) | ORDER VACATING ORDER TO RESPOND |
| v. ) | ISSUED ON SEPTEMBER 8, 2006 |
| ) | |
| JEFF WRIGLEY, Warden, ) | [Doc. #4] |
| ) | |
| Respondent. ) | |

On September 8, 2006, this Court issued an Order directing Respondent to file a response to the Petition. At this time, the Court hereby VACATES the Order directing Respondent to file a response. A Findings and Recommendation will be issued contemporaneously with this order.

IT IS SO ORDERED.

**Dated:   October 4, 2006**            /s/ Sandra M. Snyder
icido3                                UNITED STATES MAGISTRATE JUDGE